# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### CIVIL ACTION NO. 3:17-CV-00628

| | |
|---|---|
| MOHSEN KHORDEHFOROSH, | ) |
| **Appellant,** | ) |
| v. | ) **ORDER** |
| A. COTTON WRIGHT. | ) |
| **Appellee.** | ) |

**THIS MATTER** is before the Court upon its own motion.

On October 16, 2017, the U.S. Bankruptcy Court granted the Trustee's Emergency Motion to Dismiss, finding that the drug inventory held by the Debtor could not be properly handled or disposed of by the Trustee. Appellant Mohsen Khordehforosh filed a Notice of Appeal on October 26, 2017. In his Notice of Appeal, Appellant agrees with the determination of the Bankruptcy Court that a non-pharmacy trustee cannot be assigned to manage the drugs and that there is accordingly "no asset value" in the drug inventory.

Thus, the relief Appellant requests—to not be forced to turn over the inventory to a non-pharmacy trustee and to proceed with the transfer of inventory to a licensed distributor to destroy the drugs—has already been granted.

**IT IS THEREFORE ORDERED** that Appellant's appeal is hereby **DISMISSED**.

Signed: November 13, 2017

Graham C. Mullen
United States District Judge