# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO. 3:17-CV-00628

| | |
|---|---|
| MOHSEN KHORDEHFOROSH, ) )  **Appellant,** ) ) **v.** ) ) A. COTTON WRIGHT. ) ) ) **Appellee.** ) ) | **ORDER** |

**THIS MATTER** is before the Court upon Appellant's pro se Motion for Reconsideration of Notice of Appeal. (Doc. No. 6).

Moe's Rx Clinic, Inc., filed for relief under Chapter 7 Bankruptcy and was appointed a trustee. On October 16, 2017, the U.S. Bankruptcy Court granted the Trustee's Emergency Motion to Dismiss, finding that the drug inventory held by the Debtor could not be properly handled or disposed of by the Trustee. Because there was no remaining asset value in the corporation, the Bankruptcy Court dismissed the case.

Mohsen Khordehforosh, as a party with interest in Moe's Rx Clinic, filed a Notice of Appeal on October 26, 2017. This Court dismissed the Appeal, finding that the Bankruptcy Court correctly dismissed the trustee from the case. Mr. Khordehforosh subsequently filed this Motion for Reconsideration, asserting that he does not challenge the findings of the Bankruptcy Court, but that he desires to be granted relief pursuant to Chapter 7 because of the lack of asset value in the corporation.

Mr. Khordehforosh misunderstands the nature of the Bankruptcy Court's decision. Only

individuals—not corporations—can receive a discharge of debt under a Chapter 7 Bankruptcy. 11 U.S.C. § 727(a)(1). Because the debtor in this case a corporation, Moe's Rx Clinic, (and not Mr. Khordehforosh individually) the Chapter 7 proceedings terminate when there is no remaining asset value in the corporation to satisfy the debt. Thus, the Bankruptcy Court correctly dismissed this case.

**IT IS THEREFORE ORDERED** that Appellant's appeal is hereby **DISMISSED**.

Signed: December 11, 2017

Graham C. Mullen
United States District Judge